FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

15 AUG 10 PM 3:22

OFFICE OF THE CLERK

United States District Court Nebraska

Charles Swift,

V.

"Walmart"      Case # 8:15CV300

Diversity action &
informa pauperis

We request 1000,000,000.00 damages perpetrated upon us by "walmart" on 07-17-15 at a me.s Street Store in Omaha Ne! us
"Walmart is Multi bullion dollar International corporation doing business in Omaha which is our home Benton Arkansas corp office of Walmart

— Charles Swift
3929 N 42x
Omaha NE 68111

RECEIVED

AUG 10 2015

CLERK
U.S. DISTRICT COURT
OMAHA