IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| CHARLES SWIFT, | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | 8:15CV300 |
| | ) | |
| V. | ) | |
| | ) | |
| WALMART, | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| Defendant. | ) | |
| | ) | |

On April 11, 2016, the court ordered Plaintiff to file evidence with the court showing that the amount in controversy in this action exceeds $75,000.00. (Filing No. 15.) Plaintiff was required to make this showing by April 18, 2016. The court advised Plaintiff that failure to do so would result in dismissal of the case.

On April 20, 2016, Plaintiff filed an "Appeal" to the court's order, stating, in part: "what the fuck is wrong with u already ruled u don't believe the 75,000.00 threshold 4 jurisdiction has been met so could u please get out the way n let me n 8th circuit." (Filing No. 16.)

Obviously, Plaintiff's "Appeal" does not comply with the court's directive to demonstrate that the jurisdictional minimum has been met.

IT IS THEREFORE ORDERED that this action is dismissed without prejudice. Judgment will be entered by separate document.

DATED this 25th day of April, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge